UNITED STATES of America,
Plaintiff-Appellee,

v.

Winston D. FOSTER, Defendant-
Appellant.

No. 16-15856
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(March 10, 2017)

Jeffrey Tharp, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Christopher P. Canova, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee

Randall Scott Lockhart, Federal Public Defender's Office, Pensacola, FL, Winston D. Foster, Coleman, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant-Appellant

Before TJOFLAT, WILLIAM PRYOR and JILL PRYOR, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Winston D. Foster in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Foster's convictions and sentences are **AFFIRMED**.